MATHESON & MATHESON, P.L.C.
Darrel S. Jackson – 018415
djackson@mathesonlegal.com
Michelle R. Matheson – 019568
mmatheson@mathesonlegal.com
15300 N. 90th Street, Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Lewin, an individual, | No.: 2:13-cv-0151-HRH |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| IANET, Inc., an Arizona corporation; John Donley and Rona Donley, husband and wife; | |
| Defendants. | |

The parties have reached a settlement that resolves all of Plaintiff's claims. Accordingly, Plaintiff hereby voluntarily dismisses this action pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i).

Dated this May 2, 2013

Matheson & Matheson, P.L.C.

By: /s/ Darrel S. Jackson

-1-

**Certificate of Service**

I hereby certify that on May 2, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing, and provided a courtesy copy to Defendants' attorneys as identified below:

Neil Alexander
Sarah Silvester
Littler Mendelson, P.C.
2425 E. Camelback Rd., Suite 900
Phoenix, AZ  85016-4242
nalexander@littler.com
ssilvester@littler.com


/s/ Darrel S. Jackson